# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004−1]** and (2) the accompanying pleading(s) entitled:

MEMORANDUM AND POINTS OF AUTHORITIES; PALINTIFF'S MOTION; DECLARATION; SEPERATE STATEMENT; SEPERATE STATEMENT;

EX PARTE APPLICATION; DECLARATION

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005−2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/07/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) 05/07/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

RIVERSIDE COUNTY PUBLIC GUARDIAN
ATTN: GEORGE T. ADAMS, COUNTY COUNSEL
3960 ORANGE STREET, SUITE 500
RIVERSIDE, CA 92501

EXP REALTY OF SOUTHERN CALIFORNIA
REUBEN HERNANDEZ AND ENZIO SANCHEZ
10620 TREENA STREET, SUITE 230
SAN DIEGO, CA 92131

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/07/2026 | CHRISTINA MCCALL | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*

**F 7004−1.SUMMONS.ADV.PROC**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>**(760) 699-8397** | FOR COURT USE ONLY |
|---|---|---|
| **Jeri Lynn Jarvis**<br>**2667 Desert Breeze Way**<br>**Palm Springs, CA 92262**<br>ATTORNEY FOR   **Self Represented** | | |

| CENTRAL DISTRICT, RIVERSIDE |
|---|
| 3420 Twelfth St. |
| Riverside, CA 92501 |

| SHORT TITLE OF CASE: |
|---|
| JERI LYNN JARVIS v. RIVERSIDE COUNTY PUBLIC GUARDIAN |

| DATE:<br>08/04/2026 | TIME:<br>2:00 PM | DEP./DIV.<br>COURTROOM 301 | CASE NUMBER:<br>6:26-ap-01036-RB |
|---|---|---|---|
| **Proof of Service by Mail** | | | Ref. No. or File No:<br>JARVIS |

**File By Fax**

I am a citizen of the United States and employed in the County of **0** State of California.  I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **05/07/2026**                                  I served the within:

*SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS; MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JERI LYNN JARVIS IN SUPPORT OF SUMMARY JUDGMENT; SEPERATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; SEPERATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ; EX PARTE APPLICATION; DECLARATION*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Palm Springs**, California, addressed as follows:
**RIVERSIDE COUNTY PUBLIC GUARDIAN**
**ATTN: GEORGET. ADAMS, COUNTY COUNSEL - Authorized Agent for Service of Process**
**3960 Orange St suite 500  Riverside, CA 92501**

Person attempting service:

  a. Name: **Christina McCall**
  b. Address: **225 S Civic Dr. 2-16, Palm Springs, CA 92262**
  c. Telephone number: **760-866-9182**
  d. **The fee** for this service was: **30.00**
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Employee
     (ii) Registration No.:
     (iii) County: **0**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Proof of Service by Mail | Invoice #: 14723318-01 |
|---|---|

**Christina McCall**                                  Date: **05/07/2026**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER **(760) 699-8397** | FOR COURT USE ONLY |
|---|---|---|
| **Jeri Lynn Jarvis**<br>**2667 Desert Breeze Way**<br>**Palm Springs, CA 92262**<br>ATTORNEY FOR   **Self Represented** | | |

| CENTRAL DISTRICT, RIVERSIDE<br>3420 Twelfth St.<br>Riverside, CA 92501 |
|---|

| SHORT TITLE OF CASE:<br>JERI LYNN JARVIS v. RIVERSIDE COUNTY PUBLIC GUARDIAN |
|---|

| DATE:<br>08/04/2026 | TIME:<br>2:00 PM | DEP./DIV.<br>COURTROOM 301 | CASE NUMBER:<br>6:26-ap-01036-RB |
|---|---|---|---|

| **Proof of Service by Mail** | Ref. No. or File No:<br>JARVIS |
|---|---|

**File By Fax**

I am a citizen of the United States and employed in the County of **0** State of California. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action.

On **05/07/2026**                                    , I served the within:

*SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]; EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS; MEMORANDUM AND POINTS OF AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DECLARATION OF JERI LYNN JARVIS IN SUPPORT OF SUMMARY JUDGMENT; SEPERATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; SEPERATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ; EX PARTE APPLICATION; DECLARATION*

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail At: **Palm Springs**, California, addressed as follows:
**EXP REALTY OF SOUTHERN CALIFORNIA**
**REUBEN HERNANADEZ - Authorized Agent for Service of Process**
**10620 Treena St, Suite 230  San Diego, CA 92131**

Person attempting service:

a. Name: **Christina McCall**
b. Address: **225 S Civic Dr. 2-16, Palm Springs, CA 92262**
c. Telephone number: **760-866-9182**
d. **The fee** for this service was: **35.00**
e. I am:
(3) [X] a registered California process server:
    (i) [X] Employee
    (ii) Registration No.:
    (iii) County: **0**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| Proof of Service by Mail | Invoice #: 14723318-02 |
|---|---|
| Christina McCall | Date: **05/07/2026** |